# **M A N D A T E**

TO THE COUNTY COURT AT LAW NO. 4 of WILLIAMSON COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 12th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

HILARIO VILLANUEVA AND GRACIELA VILLANUEVA,                                    Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST                                    Appellee.
COMPANY AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE
MORGAN STANLEY ABS CAPITAL I
INC TRUST 2003-NC10, MORTGAGE
PASS THROUGH CERTIFICATES
SERIES 2003-NC10

CAUSE NO. 13-13-00393-CV                                    (Tr.Ct.No. 12-1551-CC4)

was determined; and therein our said Court made its order in these words:

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 12, 2015.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 28th day of April, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, CLERK